IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILY FULLER,<br><br>   Plaintiff,<br><br>v.<br><br>STERLING JEWLERS INC.<br>d/b/a KAY JEWELERS, a foreign<br>for-profit corporation,<br><br>   Defendant. | )<br>)<br>)<br>) Case No. 1:17-cv-62243-BB<br>)<br>) Hon. Judge Beth Bloom<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT STERLING JEWELERS INC.'S CERTIFICATE OF
<u>INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Defendant Darden Restaurants, Inc. hereby discloses the following information:

   1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

   a. Sterling Jewelers Inc. is an indirect, wholly owned subsidiary of Signet Holdings Limited, which is publicly traded on the New York Stock Exchange.

   b. Plaintiff Emily Fuller

   c. Pelayo M. Duran – Law Office of Pelayo Duran, PA (Plaintiff's counsel)

   d. Roderick Victor Hannah – Roderick V. Hannah, Esq., P.A.(Plaintiff's counsel)

   e. Courtney C. Booth – Benesch, Friedlander, Coplan & Aronoff LLP (Sterling's counsel)

   f. Mark D. Schellhase – Gray Robinson, PA (Sterling's counsel)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of this proceeding.

Defendant does not presently know of any other entity, but will promptly supplement this Disclosure in accordance with Rule 7.1(b)(2) should it learn of any such entity.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and/or members of the creditor's committee (or twenty largest unsecured creditors).

Defendant does not presently know of any other entity, but will promptly supplement this Disclosure in accordance with Rule 7.1(b)(2) should it learn of any such entity.

4. The name of each victim (individual or corporate), of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None presently known except as set forth in Paragraph 1 above.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the court in writing upon learning of any such conflict.

**DATED:** December 14, 2017

Respectfully submitted,

/s/ Mark Schellhase

Courtney C. Booth, Esq. (*pro hac vice* to be filed)
cbooth@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

Mark Schellhase, Esq.
mark.schellhase@gray-robinson.com
**GRAY ROBINSON**
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Telephone: (561) 368-3808
Fax: (561) 368-4008

*Counsel for Sterling Jewelers Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **DEFENDANT STERLING JEWELERS INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served upon all interested parties using this Court's ECF filing system this 14th day of December, 2017.

/s/ Mark Schellhase