IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILY FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 0:17-cv-62243-BB |
| v. | ) |
| | ) Hon. Judge Beth Bloom |
| STERLING JEWELERS INC. | ) |
| d/b/a KAY JEWELERS, a foreign | ) |
| for-profit corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF ENTRY OF PARTIES**

Pursuant to the Clerks Notice to Filer Regarding Certificate of Interested Parties/Corporate Disclosure Statement [DE 13], Defendant, STERLING JEWELERS INC. d/b/a KAY JEWELERS, hereby gives notice of additional subsidiaries to the case in the role of interested parties as follows:

Sterling Jewelers, Inc. is an indirect, wholly owned subsidiary of Signet Holdings, Limited, which is a publicly traded company on the New York Stock Exchange.

DATED: December 21, 2017

Respectfully submitted,

Mark D. Schellhase, Esq.
Florida Bar No.: 57103
mark.schellhase@gray-robinson.com
**GRAYROBINSON, P.A.**
225 NE Mizner Boulevard
Suite 500
Boca Raton, FL 33432
Telephone: 561-368-3808
Facsimile: 561-368-4008

Courtney C. Booth, Esq. (*pro hac vice* to be filed)
cbooth@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive
Suite 1900
Chicago, Illinois 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

/s/ *Mark D. Schellhase*
    *Counsel for Defendant, Sterling Jewelers Inc. d/b/a Kay Jewelers*

\552521\1 # 341822 v1  1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR DEFENDANT, STERLING JEWELERS INC. D/B/A KAY JEWELERS, was served upon all those that have filed appearance using this Court's ECF filing system this 21st day of December, 2017.

By: /s/ *Mark D. Schellhase*
Mark D. Schellhase

## SERVICE LIST

**Courtney C. Booth, Esq.**
(*pro hac vice to be filed*)
cbooth@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
*Via CM/ECF*
*Counsel for Defendant*

**Pelayo M. Duran, Esq.**
pduran@pelayoduran.com
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126
Telephone: (305) 266-9780
Facsimile: (305) 269-8311
*Via CM/ECF*
*Co-Counsel for Plaintiff*

**Roderick V. Hannah, Esq.**
rhannah@rhannahlaw.com
Roderick V. Hannah, Esq., P.A.
8751 W. Broward Blvd., Suite 303
Plantation, Florida 33324
Telephone: (954) 362-3800
Facsimile: (954) 362-3779
*Via CM/ECF*
*Counsel for Plaintiff*